| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) EATON, RICHARD K. | 2. Court or Organization U.S. COURT OF INTERNATIONAL TRADE | 3. Date of Report 07/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

U.S. COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 (the assets of Trust # 1 are in two accounts listed as Trust and Trust II) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Museum of the City of New York -- Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | April 13-14, 2011 | Washington, DC | FJA Board Meeting | Food and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF Savings and Investment Plan | C | Dividend | M | T | | | | | |
| 2. Schwab Muni Money Fund (Mutual Fund) | A | Interest | K | T | | | | | |
| 3. Alcoa Common | A | Dividend | | | Buy | 05/06/11 | J | | |
| 4. | | | | | Sold | 08/16/11 | J | A | |
| 5. Fairholme Fund Mutual Fund | A | Dividend | | | Buy | 01/25/11 | J | | |
| 6. | | | | | Sold | 08/16/11 | J | A | |
| 7. Goldman Sachs Common | A | Dividend | J | T | Buy | 01/25/11 | J | | |
| 8. IBM | A | Dividend | | | Buy | 02/09/11 | J | | |
| 9. | | | | | Sold | 08/18/11 | J | A | |
| 10. McDonalds Common | A | Dividend | | | Buy | 01/25/11 | J | | |
| 11. | | | | | Sold | 10/21/11 | J | A | |
| 12. Schwab 1000 Mutual Fund | A | Dividend | J | T | Buy | 01/25/11 | J | | |
| 13. Berkshire Hathaway Common (Held in IRA) | | None | K | T | | | | | |
| 14. Google Common (Held in IRA) | | None | K | T | | | | | |
| 15. ABB Ltd. (Held in IRA) | A | Dividend | J | T | Buy | 02/09/11 | J | | |
| 16. Ace Ltd. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 17. Anadarko Pet (Held in IRA) | A | Dividend | J | T | Buy | 04/07/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apache (Held in IRA) | A | Dividend | J | T | Buy | 02/08/11 | J | | |
| 19. | | | | | Buy | 10/26/11 | J | | |
| 20. Apple Common (Held in IRA) | | None | J | T | | | | | |
| 21. Amazon Common (Held in IRA) | | None | J | T | | | | | |
| 22. American Exp. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 23. Blackrock Inc. (Held in IRA) | A | Dividend | J | T | Buy | 02/08/11 | J | | |
| 24. Boardwalk Pipe Common (Held in IRA) | A | Dividend | | | Sold | 08/17/11 | J | A | |
| 25. BOC Common (Held in IRA) | A | Dividend | | | Sold | 10/27/11 | J | A | |
| 26. Celgene Common (Held in IRA) | | None | | | Sold | 05/06/11 | J | A | |
| 27. China Yuchai Common (Held in IRA) | A | Dividend | | | Buy | 02/08/11 | J | | |
| 28. | | | | | Sold | 08/17/11 | J | A | |
| 29. Citigroup Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 30. Cognizant (Held in IRA) | | None | J | T | Buy | 02/08/11 | J | | |
| 31. Covidien (Held in IRA) | A | Dividend | J | T | Buy | 02/08/11 | J | | |
| 32. | | | | | Buy | 03/22/11 | J | | |
| 33. CTRIP Dep. Rcpt. (Held in IRA) | A | Interest | | | Buy | 02/08/11 | J | | |
| 34. | | | | | Sold | 10/26/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cummins Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 36. Emerson Elec. Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 37. Exxon Common (Held in IRA) | A | Dividend | | | Sold | 08/16/11 | J | A | |
| 38. Gilead Common (Held in IRA) | | None | J | T | | | | | |
| 39. Hyundai Mot. Co. Dep. Rcpt. (Held in IRA) | A | Dividend | | | Buy | 02/08/11 | J | | |
| 40. | | | | | Sold | 04/08/11 | J | A | |
| 41. Mead Johnson (Held in IRA) | A | Dividend | J | T | Buy | 04/07/11 | J | | |
| 42. Nestle (Held in IRA) | A | Dividend | J | T | Buy | 02/09/11 | J | | |
| 43. Oracle (Held in IRA) | A | Dividend | J | T | Buy | 04/07/11 | J | | |
| 44. Potlatch Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 45. Republic Services Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 46. Siemens AG Common (Held in IRA) | | None | | | Buy | 02/09/11 | J | | |
| 47. | | | | | Sold | 10/26/11 | J | A | |
| 48. Southwestern Common (Held in IRA) | | None | | | Sold | 10/27/11 | J | A | |
| 49. Teva Common Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 50. China Mobil Common (Held in IRA) | A | Dividend | | | Sold | 08/11/11 | J | A | |
| 51. Diageo Common (Held in IRA) | A | Dividend | | | Sold | 04/07/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HSBC Common (Held in IRA) | A | Dividend | | | Sold | 08/11/11 | J | A | |
| 53. IBM Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 54. Johnson Controls (Held in IRA) | A | Dividend | J | T | Buy | 04/07/11 | J | | |
| 55. | | | | | Buy | 10/26/11 | J | | |
| 56. JP Morgan Common (Held in IRA) | A | Dividend | J | T | | | | | |
| 57. Merck (Held in IRA) | A | Dividend | J | T | | | | | |
| 58. Monsanto Common (Held in IRA) | A | Dividend | | | Sold | 09/07/11 | J | A | |
| 59. Ralph Lauren Common (Held in IRA) (Formerly Polo) | A | Dividend | J | T | | | | | |
| 60. Plumb Cr. Timber (Held in IRA) | A | Dividend | J | T | Buy | 04/07/11 | J | | |
| 61. Precision Cast. Common (Held in IRA) | A | Dividend | | | Sold | 05/18/11 | J | A | |
| 62. Nuance Com. Common (Held in IRA) | | None | J | T | | | | | |
| 63. Schlumberger Common (Held in IRA) | A | Dividend | | | Sold | 04/07/11 | J | A | |
| 64. Vodafone ADR (Held in IRA) | A | Dividend | J | T | Buy | 02/08/11 | J | | |
| 65. Weatherford Intl (Held in IRA) | | None | J | T | Buy | 04/07/11 | J | | |
| 66. India Fund Inc. Mutual Fund (Held in IRA) | A | Dividend | | | Sold | 04/07/11 | J | A | |
| 67. I Shares -- Brazil Index Fund (Held in IRA) | A | Dividend | | | Sold | 07/07/11 | J | A | |
| 68. I Shares Iboxx (Held in IRA) | A | Interest | J | T | Buy | 02/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. I Shares Barclays (Held in IRA) | A | Interest | J | T | Buy | 02/26/11 | J | | |
| 70. Vanguard Emerging Markets Mutual Fund (Held in IRA) | A | Dividend | J | T | | | | | |
| 71. Valley National Bancorp Common | G | Dividend | P1 | T | | | | | |
| 72. Citibank Accounts | D | Interest | K | T | | | | | |
| 73. _____, Park County, MT | E | Rent | P1 | W | | | | | |
| 74. Abbott Laboratories Common | A | Dividend | K | T | | | | | |
| 75. Abb Ltd. Common | A | Dividend | | | Buy | 04/07/11 | K | | |
| 76. | | | | | Sold | 12/27/11 | K | A | |
| 77. Analog Dev. Common | B | Dividend | L | T | Buy | 02/26/11 | L | | |
| 78. Apache Common | A | Dividend | J | T | | | | | |
| 79. Apple Common | | None | M | T | Sold (part) | 01/18/11 | J | C | |
| 80. | | | | | Sold (part) | 07/27/11 | J | C | |
| 81. Ascena Ret. Common | | None | L | T | Buy | 01/11/11 | L | | |
| 82. | | | | | Sold (part) | 10/03/11 | K | A | |
| 83. Boardwalk Pipe Common | A | Dividend | K | T | | | | | |
| 84. Brookfield Ptrs. Common | B | Dividend | K | T | Buy | 02/11/11 | K | | |
| 85. | | | | | Sold (part) | 08/05/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Celegene Corp. Common | | None | L | T | Sold (part) | 05/05/11 | J | A | |
| 87. | | | | | Sold (part) | 09/21/11 | J | A | |
| 88. China Mobil Common | B | Dividend | | | Sold | 02/08/11 | J | A | |
| 89. Cisco Systems, Inc. Common | A | Dividend | | | Sold | 04/07/11 | K | B | |
| 90. China Yuchai Common | A | Dividend | | | Buy | 02/08/11 | K | | |
| 91. | | | | | Sold | 05/20/11 | J | A | |
| 92. Cummins Common | A | Dividend | | | Buy | 02/08/11 | K | | |
| 93. | | | | | Sold | 12/23/11 | K | A | |
| 94. Dendreon Common | | None | | | Buy | 04/07/11 | J | | |
| 95. | | | | | Sold | 08/08/11 | J | A | |
| 96. Colgate Palmolive Common | A | Dividend | | | Sold | 02/01/11 | K | A | |
| 97. Costco Common | A | Dividend | K | T | | | | | |
| 98. CVS Common | | None | | | Sold | 02/08/11 | K | D | |
| 99. Emerson Electric Common | A | Dividend | K | T | | | | | |
| 100. EOG Res. Inc. Common | | None | | | Sold | 02/11/11 | K | D | |
| 101. Fluor Common | A | Dividend | | | Sold | 10/26/11 | K | A | |
| 102. Gilead Sciences Common | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Google Common | | None | | | Sold | 02/08/11 | K | E | |
| 104. Goldman Sachs Common | A | Dividend | K | T | | | | | |
| 105. JP Morgan Common | A | Dividend | K | T | | | | | |
| 106. Kellogg Common | A | Dividend | | | Sold | 04/07/11 | K | A | |
| 107. McDonalds Common | B | Dividend | K | T | | | | | |
| 108. Mead Johnson | A | Dividend | J | T | | | | | |
| 109. Medco Common | | None | | | Sold | 03/21/11 | K | D | |
| 110. Microsoft Common | A | Dividend | | | Sold | 04/07/11 | K | B | |
| 111. Monsanto Common | A | Dividend | | | Sold | 09/07/11 | K | D | |
| 112. Nike Common | A | Dividend | K | T | | | | | |
| 113. Plumb Crk Common | B | Distribution | | | Buy | 02/08/11 | K | | |
| 114. | | | | | Sold | 12/23/11 | K | A | |
| 115. Siemans Common | | None | | | Buy | 02/09/11 | K | | |
| 116. | | | | | Sold | 10/26/11 | K | A | |
| 117. St. Jude Med. Common | A | Dividend | | | Buy | 04/07/11 | K | | |
| 118. | | | | | Sold | 12/23/11 | K | A | |
| 119. Precision Cast. Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Philip Morris Common | B | Dividend | K | T | | | | | |
| 121. Proctor & Gamble Common | A | Dividend | | | Sold | 04/07/11 | K | B | |
| 122. Qualcomm Common | A | Dividend | K | T | | | | | |
| 123. Schlumberger Ltd. Common | A | Dividend | L | T | | | | | |
| 124. Teva Pharm. Common | A | Dividend | | | Sold | 10/26/11 | J | A | |
| 125. United Tech Common | A | Dividend | K | T | | | | | |
| 126. Weatherford Intl Common | | None | | | Buy | 04/07/11 | K | | |
| 127. | | | | | Sold | 04/29/11 | J | A | |
| 128. Altria Group Inc. Common | B | Dividend | K | T | | | | | |
| 129. Anadarko Pet. Common | A | Dividend | J | T | Buy | 04/07/11 | J | | |
| 130. Amgen Common | | None | | | Sold | 02/01/11 | J | A | |
| 131. AT&T Common | A | Dividend | | | Sold | 02/01/11 | K | A | |
| 132. Bristol Myers Common | A | Dividend | | | Sold | 04/07/11 | J | B | |
| 133. Blackrock Common | B | Dividend | J | T | Buy | 02/08/11 | J | | |
| 134. Bunge Ltd. Common | A | Dividend | K | T | | | | | |
| 135. Chevron Texaco Common | B | Dividend | K | T | | | | | |
| 136. Corning Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CREE Common | | None | | | Sold | 04/11/11 | K | A | |
| 138. Devon Energy Common | A | Dividend | | | Sold | 10/26/11 | K | A | |
| 139. Diageo Common | B | Dividend | K | T | | | | | |
| 140. Dominion Resources Common | B | Dividend | K | T | | | | | |
| 141. Exxon Mobil Corp. Common | A | Dividend | K | T | | | | | |
| 142. General Mills Common | A | Dividend | | | Sold | 02/08/11 | K | C | |
| 143. Hyundai Motors Common | A | Dividend | K | T | | | | | |
| 144. Joy Global | A | Dividend | J | T | Buy | 04/07/11 | J | | |
| 145. Merck Common | B | Dividend | K | T | | | | | |
| 146. Met Life Inc., Common | A | Dividend | K | T | | | | | |
| 147. Pfizer Common | | None | | | Sold | 02/08/11 | J | A | |
| 148. Wisc. Energy Corp. Common | A | Dividend | | | Sold | 04/07/11 | J | B | |
| 149. India Fund Inc. Mutual Fund | A | Dividend | | | Sold | 04/07/11 | K | D | |
| 150. I Shares Inc. -- Brazil Index Fund Mutual Fund | A | Dividend | | | Sold | 07/07/11 | L | E | |
| 151. Morgan Stanley China A Mutual Fund | | None | K | T | | | | | |
| 152. Vanguard Emerging Markets Mutual Fund | A | Dividend | J | T | | | | | |
| 153. Vodafone ADR | A | Interest | J | T | Buy | 02/08/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  American Express Corporate Bonds | D | Interest | M | T | | | | | |
| 155.  Conagra Foods Corporate Bond | C | Interest | M | T | | | | | |
| 156.  Bell South Corporate Bonds | D | Interest | M | T | | | | | |
| 157.  Credit Suisse Corporate Bonds | D | Interest | M | T | | | | | |
| 158.  Dell Inc. Corporate Bonds | C | Interest | M | T | | | | | |
| 159.  Dominion Resources Corporate Bonds | D | Interest | M | T | | | | | |
| 160.  DOW Corporate Bonds | D | Interest | M | T | Buy | 02/08/11 | M | | |
| 161.  GE Corporate Bonds | D | Interest | M | T | | | | | |
| 162.  Goldman Sachs Corporate Bonds | D | Interest | M | T | | | | | |
| 163.  Sempa Energy Corporate Bonds | D | Interest | M | T | | | | | |
| 164.  Yum Brand Corporate Bonds | C | Interest | M | T | | | | | |
| 165.  Nassau County Revenue Bond Municipal Bond | B | Interest | L | T | | | | | |
| 166.  NYS Environ Bond Municipal Bond | C | Interest | L | T | | | | | |
| 167.  Taconic Partners Mutual Fund X | E | Distribution | P1 | T | | | | | |
| 168.  Amgen Inc. Common (Trust) | | None | | | Sold | 02/01/11 | J | A | |
| 169.  Apache Inc. Common (Trust) | A | Dividend | J | T | | | | | |
| 170.  Altria Common (Trust) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Amazon Common (Trust) | | None | J | T | | | | | |
| 172. Anadarko Pet Common (Trust) | A | Dividend | J | T | Buy | 04/07/11 | J | | |
| 173. AT&T Common (Trust) | | None | | | Sold | 02/01/11 | J | A | |
| 174. Boardwalk Pipe Common (Trust) | A | Dividend | J | T | | | | | |
| 175. Borg Warner Common (Trust) | A | Dividend | J | T | | | | | |
| 176. Blackrock Common (Trust) | A | Dividend | J | T | Buy | 02/08/11 | J | | |
| 177. Bunge Ltd. Common Trust | A | Dividend | J | T | | | | | |
| 178. China Mobile Common (Trust) | | None | | | Sold | 02/08/11 | J | A | |
| 179. China Yuchai Common (Trust) | A | Dividend | | | Buy | 02/08/11 | J | | |
| 180. | | | | | Sold | 05/20/11 | J | A | |
| 181. Chevron Common (Trust) | A | Dividend | | | Sold | 04/07/11 | K | A | |
| 182. Cognizant Tech (Trust) | | None | J | T | Buy | 02/08/11 | J | | |
| 183. Covidien (Trust) | A | Dividend | J | T | Buy | 02/08/11 | J | | |
| 184. | | | | | Buy | 03/22/11 | J | | |
| 185. Corning Inc. Common (Trust) | A | Dividend | J | T | | | | | |
| 186. CREE Common (Trust) | | None | | | Sold | 02/08/11 | J | A | |
| 187. Cummins Common (Trust) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Devon Energy Common (Trust) | A | Dividend | | | Sold | 04/08/11 | K | A | |
| 189. Diageo Common (Trust) | A | Dividend | J | T | | | | | |
| 190. Dominion Resources Common (Trust) | A | Dividend | J | T | | | | | |
| 191. Exxon Common (Trust) | A | Dividend | K | T | | | | | |
| 192. Frontier Com. Common (Trust) | A | Dividend | | | Sold | 02/08/11 | J | A | |
| 193. Home Depot Common (Trust) | A | Dividend | J | T | | | | | |
| 194. HSBC Common (Trust) | A | Dividend | | | Sold | 08/11/11 | J | A | |
| 195. Hengan Int. Group Common (Trust) | A | Dividend | L | T | Buy | 02/09/11 | L | | |
| 196. | | | | | Buy | 04/08/11 | K | | |
| 197. Hyundai Common (Trust) | A | Dividend | J | T | | | | | |
| 198. ICIC Bank Common (Trust) | A | Dividend | J | T | | | | | |
| 199. IBM Common (Trust) | A | Dividend | | | Sold | 08/10/11 | J | A | |
| 200. Johnson Cont. Comon (Trust) | A | Dividend | J | T | Buy | 04/07/11 | J | | |
| 201. JP Morgan Common (Trust) | | None | | | Sold | 02/08/11 | J | A | |
| 202. Li & Fung Common (Trust) | A | Dividend | | | Sold | 08/17/11 | J | A | |
| 203. Mead Johnson Nutrition Common (Trust) | A | Dividend | J | T | Buy | 04/07/11 | J | | |
| 204. Merck Common (Trust) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Metlife Common (Trust) | A | Dividend | K | T | | | | | |
| 206. Nestle Common (Trust) | A | Dividend | J | T | Buy | 02/09/11 | J | | |
| 207. Nuance Comm. | | None | J | T | | | | | |
| 208. Oracle Common (Trust) | A | Dividend | J | T | Buy | 04/07/11 | J | | |
| 209. Pfizer Inc. Common (Trust) | A | Dividend | | | Sold | 02/08/11 | J | A | |
| 210. Philip Morris Common (Trust) | A | Dividend | J | T | | | | | |
| 211. Precision Cast. Common (Trust) | A | Dividend | J | T | | | | | |
| 212. Ralph Lauren Common (Trust) (Formerly Polo) | A | Dividend | J | T | | | | | |
| 213. Taiwan Semi Common (Trust) | A | Dividend | J | T | | | | | |
| 214. United Tech. Common (Trust) | A | Dividend | J | T | | | | | |
| 215. Weatherford Common (Trust) | | None | J | T | Buy | 04/07/11 | J | | |
| 216. Verizon Common (Trust) | A | Dividend | J | T | | | | | |
| 217. Wisconsin Energy Common (Trust) | A | Dividend | J | T | | | | | |
| 218. Abbott Laboratories Common (Trust) | A | Dividend | J | T | | | | | |
| 219. Apple Common (Trust) | | None | | | Sold | 02/08/11 | K | B | |
| 220. Celgene Common (Trust) | | None | | | Sold | 05/06/11 | J | A | |
| 221. Cisco Systems Common (Trust) | A | Dividend | | | Sold | 05/06/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Coca Cola Common (Trust) | A | Dividend | J | T | | | | | |
| 223. Colgate Palmolive Common (Trust) | | None | | | Sold | 02/01/11 | J | A | |
| 224. Costco Common (Trust) | A | Dividend | J | T | | | | | |
| 225. Emerson Elec. Common (Trust) | A | Dividend | J | T | | | | | |
| 226. Gilead Sciences Common (Trust) | | None | J | T | | | | | |
| 227. Google Common (Trust) | | None | K | T | | | | | |
| 228. Joy Global Common (Trust) | A | Dividend | J | T | Buy | 02/08/11 | J | | |
| 229. Kellogg Co. Common (Trust) | A | Dividend | | | Sold | 04/07/11 | J | A | |
| 230. McDonald Common (Trust) | A | Dividend | J | T | | | | | |
| 231. Medco Health Common (Trust) | | None | | | Sold | 06/01/11 | J | B | |
| 232. Microsoft Common (Trust) | A | Dividend | | | Sold | 04/07/11 | J | A | |
| 233. Monsanto Common (Trust) | A | Dividend | | | Sold | 09/07/11 | J | A | |
| 234. Nike Common (Trust) | A | Dividend | J | T | | | | | |
| 235. Pepsico Common (Trust) | A | Dividend | J | T | | | | | |
| 236. Proctor & Gamble Common (Trust) | A | Dividend | J | T | | | | | |
| 237. Qualcomm Common (Trust) | A | Dividend | J | T | | | | | |
| 238. Siemens Common (Trust) | | None | J | T | Buy | 02/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 25

**Name of Person Reporting**

EATON, RICHARD K.

**Date of Report**

07/10/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Schlumberger Common (Trust) | A | Dividend | J | T | | | | | |
| 240. Teva Pharm. Common (Trust) | | None | | | Sold | 02/08/11 | J | A | |
| 241. India Fund Inc. Mutual Fund | A | Dividend | | | Sold | 04/07/11 | J | B | |
| 242. I Shares Inc. -- Brazil Index Fund Mutual Fund | A | Dividend | | | Sold | 07/07/11 | J | A | |
| 243. Morgan Stanley China A Mutual Fund (Trust) | A | Dividend | | | Sold | 04/07/11 | J | A | |
| 244. Vanguard Emerg. Common (Trust) | A | Dividend | J | T | | | | | |
| 245. China Mobil Common (Trust) | A | Dividend | | | Buy | 02/08/11 | J | | |
| 246. | | | | | Sold | 08/11/11 | J | A | |
| 247. Conagra Corporate Bonds | A | Interest | | | Sold | 06/16/11 | L | A | |
| 248. Goldman Sachs Corporate Bonds | A | Interest | L | T | | | | | |
| 249. Bellsouth Corporate Bonds | A | Interest | L | T | | | | | |
| 250. Credit Suisse Corporate Bonds | A | Interest | L | T | | | | | |
| 251. Nassau City Municipal Bond | A | Interest | L | T | | | | | |
| 252. NYS Environ Municipal Bond | A | Interest | L | T | | | | | |
| 253. Abb Ltd. Common (Trust II) | A | Dividend | J | T | Buy | 02/09/11 | J | | |
| 254. AT&T Common (Trust II) | A | Dividend | | | Sold | 02/01/11 | J | A | |
| 255. Blackrock Common (Trust II) | A | Dividend | J | T | Buy | 02/08/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Bunge Common (Trust II) | A | Dividend | J | T | | | | | |
| 257. Chevron Common (Trust II) | A | Dividend | J | T | | | | | |
| 258. China Mobile Common (Trust II) | A | Dividend | | | Sold | 05/20/11 | J | A | |
| 259. China Yuchai Common (Trust II) | A | Dividend | | | Buy | 02/08/11 | J | | |
| 260. | | | | | Sold | 05/20/11 | J | A | |
| 261. Corning Inc. Common (Trust II) | A | Dividend | J | T | | | | | |
| 262. Covidien Common (Trust II) | A | Dividend | J | T | Buy | 02/08/11 | J | | |
| 263. CREE Common (Trust II) | | None | | | Sold | 02/08/11 | J | A | |
| 264. Devon Energy Common (Trust II) | A | Dividend | J | T | | | | | |
| 265. Dominion Res Common (Trust II) | A | Dividend | J | T | | | | | |
| 266. Exxon Mobil Common (Trust II) | A | Dividend | K | T | | | | | |
| 267. Frontier | | None | | | Sold | 02/08/11 | J | A | |
| 268. Hengan Common (Trust II) | A | Dividend | K | T | Buy | 04/08/11 | K | | |
| 269. HSBC Common (Trust II) | A | Dividend | J | T | | | | | |
| 270. JP Morgan Chase Common (Trust II) | A | Dividend | J | T | | | | | |
| 271. Li & Fung Common (Trust II) | A | Dividend | | | Buy | 02/09/11 | K | | |
| 272. | | | | | Sold | 12/28/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Hyundai Common (Trust II) | A | Dividend | J | T | | | | | |
| 274. Mead Johnson Common (Trust II) | A | Dividend | J | T | | | | | |
| 275. Merck Common (Trust II) | A | Dividend | J | T | | | | | |
| 276. Metlife Inc. Common (Trust II) | A | Dividend | J | T | | | | | |
| 277. Phillip Morris Common (Trust II) | A | Dividend | J | T | | | | | |
| 278. Precision Cast. Common (Trust II) | A | Dividend | J | T | | | | | |
| 279. United Tech Common (Trust II) | A | Dividend | J | T | | | | | |
| 280. Verizon Common (Trust II) | A | Dividend | J | T | | | | | |
| 281. Wisconsin Energy Common (Trust II) | A | Dividend | J | T | | | | | |
| 282. Abbott Laboratories Common (Trust II) | A | Dividend | J | T | | | | | |
| 283. Ace Ltd. Common (Trust II) | A | Dividend | J | T | Buy | 04/07/11 | J | | |
| 284. Altria Common (Trust II) | A | Dividend | J | T | | | | | |
| 285. Anadarko Pet. Common (Trust II) | A | Dividend | J | T | Buy | 04/07/11 | J | | |
| 286. Amazon Common (Trust II) | | None | J | T | Buy | 04/07/11 | J | | |
| 287. Apple Common Common (Trust II) | | None | K | T | Sold (part) | 02/08/11 | J | A | |
| 288. Celgene Common (Trust II) | | None | | | Sold | 05/06/11 | J | A | |
| 289. Colgate Common (Trust II) | A | Dividend | | | Sold | 02/01/11 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  Costco Common (Trust II) | A | Dividend | J | T | | | | | |
| 291.  Cummins Common (Trust II) | A | Dividend | J | T | Buy | 07/01/11 | J | | |
| 292.  Pepsico Common (Trust II) | A | Dividend | J | T | | | | | |
| 293.  American Ex Common (Trust II) | A | Dividend | J | T | Buy | 02/08/11 | J | | |
| 294.  Cisco Systems Common (Trust II) | A | Dividend | | | Sold | 06/20/11 | J | A | |
| 295.  Cognizant Common (Trust II) | | None | J | T | Buy | 02/08/11 | J | | |
| 296.  Diageo Common (Trust II) | A | Dividend | J | T | | | | | |
| 297.  Emerson Electric Common (Trust II) | A | Dividend | J | T | | | | | |
| 298.  Gilead Sciences Common (Trust II) | | None | J | T | | | | | |
| 299.  Google Common (Trust II) | | None | J | T | | | | | |
| 300.  Johnson Cont. Common (Trust II) | A | Dividend | J | T | Buy | 04/07/11 | J | | |
| 301.  Kellogg Common (Trust II) | A | Dividend | | | Sold | 04/07/11 | J | A | |
| 302.  McDonalds Common (Trust II) | A | Dividend | J | T | | | | | |
| 303.  Medco Common (Trust II) | | None | | | Sold | 06/01/11 | J | B | |
| 304.  Microsoft Common (Trust II) | A | Dividend | | | Sold | 04/07/11 | J | A | |
| 305.  Monsanto Common (Trust II) | A | Dividend | | | Sold | 09/07/11 | J | A | |
| 306.  Nike Common (Trust II) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Oracle Common (Trust II) | A | Dividend | J | T | Buy | 04/07/11 | J | | |
| 308. Proctor & Gamble Common (Trust II) | A | Dividend | J | T | | | | | |
| 309. Qualcom Common (Trust II) | A | Dividend | J | T | | | | | |
| 310. Schlumberger Common (Trust II) | A | Dividend | J | T | | | | | |
| 311. Teva Pharm. Common (Trust II) | A | Dividend | J | T | | | | | |
| 312. Weatherford Common (Trust II) | | None | J | T | Buy | 04/07/11 | J | | |
| 313. India Fund Inc. Mutual Fund | A | Dividend | | | Sold | 04/07/11 | J | A | |
| 314. Vanguard ETF (Trust II) | | None | J | T | Buy | 04/07/11 | J | | |
| 315. I Shares Inc. -- Brazil Index Fund Mutual Fund | A | Dividend | | | Sold | 07/07/11 | J | A | |
| 316. Morgan Stanley China Shares A | A | Dividend | | | Sold | 04/07/11 | J | A | |
| 317. Conagra Corporate Bonds | A | Interest | | | Sold | 06/06/11 | L | C | |
| 318. Goldman Sachs Corporate Bonds | A | Interest | L | T | | | | | |
| 319. Bellsouth Corporate Bonds | A | Interest | L | T | | | | | |
| 320. Credit Suisse Corporate Bonds | A | Interest | L | T | | | | | |
| 321. Nassau City Municipal Bond | A | Interest | L | T | | | | | |
| 322. NYS Environ Municipal Bond | A | Interest | L | T | | | | | |
| 323. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | | | | | |
| 325. | | | | | | | | | |
| 326. | | | | | | | | | |
| 327. | | | | | | | | | |
| 328. | | | | | | | | | |
| 329. | | | | | | | | | |
| 330. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 07/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2011 Report Costco Common on line 49 should have shown a Dividend and an Amount Code of A.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **RICHARD K. EATON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544